THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KATHERINE R. LOO
Special Assistant United States Attorney
California State Bar 162029
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Tel: (415) 977-8927
    Fax: (415) 744-0134
    Email: Katherine.Loo@ssa.gov

Attorneys for Defendant,
Commissioner of Social Security

JS-6

FILED
CLERK, U.S. DISTRICT COURT

JUN - 2 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

JOSE MALDONADO,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

No. EDCV-08-01896-SS

[~~PROPOSED~~] **JUDGMENT OF
REMAND**

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand.

///

///

1    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the

2    above-captioned action is remanded to the Commissioner of Social

3    Security for further proceedings consistent with the Stipulation for Remand.

4    DATED: _____6/2/09_____

5

6    _____

7    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13   Presented by:

14   THOMAS P. O'BRIEN

15   United States Attorney
     LEON W. WEIDMAN

16   Assistant United States Attorney

17   Chief, Civil Division

18

19    _/s/ - Katherine R. Loo_
     KATHERINE R. LOO

20   Special Assistant United States Attorney

21

22   Attorneys for Defendant

23

24

25

26

27

28